UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAMIAKAN WHEELER, DERRICK WHEELER, BRET WATLAMET, and SHANE PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW K. MILLER, Benton County Prosecutor, JOHN/JANE DOE PROSECUTORS 1-99 for Benton County, CHRISTOPHER HOXIE, a Deputy Prosecutor for Benton County,<br><br>Defendants. | No.  CV-13-5059-EFS<br><br>**ORDER CLOSING FILE** |

On June 24, 2013, the parties filed a stipulated dismissal. ECF No. 7. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED**:

1. All claims are **DISMISSED** with prejudice, and all parties are to bear their own costs and attorneys' fees.

2. All pending motions are **DENIED as MOOT**, and hearing dates are **STRICKEN**.

3. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this order and to provide copies to counsel.

**DATED** this  27th  day of June 2013.

                    s/ Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Civil\2013\5039.stip.dism.lc1.dotm

ORDER CLOSING FILE - 1